**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 22-7389-JFW(RAOx)** | Date: October 20, 2022 |
| Title: | Maria Cruz Rivera -v- Dr. Lynch Foundation, et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

      On October 11, 2022, Plaintiff Maria Cruz Rivera ("Plaintiff"), proceeding *pro se*, filed a Complaint against Defendant Dr. Lynch Foundation ("Defendant"), alleging causes of action for: (1) injuries; (2) death; and (3) property damage. The Federal Rules of Civil Procedure require that "[a] pleading that states a claim for relief *must contain* . . . a short and plain statement of the grounds for the court's jurisdiction." Federal Rule of Civil Procedure 8(a) (emphasis added). In addition, the Local Rules provide that "[t]he statutory or other basis for the exercise of jurisdiction by this Court shall be plainly stated in the first paragraph of any document invoking this Court's jurisdiction." Local Rule 8-1.

      In the Complaint, Plaintiff failed to include a jurisdictional statement and, as a result, failed to properly allege that this Court has jurisdiction over her Complaint. Accordingly, Plaintiff is hereby ordered to show cause, in writing, no later than **October 28, 2022**, why this action should not be dismissed for lack of subject matter jurisdiction. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. If Plaintiff files an amended complaint which corrects the jurisdictional defects noted above on or before **October 28, 2022**, the Court will consider that a satisfactory response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the dismissal of this action for lack of subject matter jurisdiction.

      IT IS SO ORDERED.